Dwayne B. Burns AB4177
Lassen C.C.F. 504-81
1405 Sheriff Cady Ln.
Susanville, CA 96130

May 9, 2010

Clerk of the Court
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 13 2010

FILED _____
DOCKETED _____
DATE    INITIAL

RE: Burns v. Mukasey, et al.
Court of Appeal No. 10-15470
D.C. No.: 2:09-CV-0497-MCE-CMK

Dear Clerk of the Court:

Some weeks ago I wrote asking that I be sent a copy of the court's order in the above-referenced case, which apparently was entered on or about April 18, 2010.

I still have not received a copy of the court's order. I cannot respond if necessary if I don't know what the court ordered.

Please send me a copy of the court's order at the above-address.

Very truly yours,

Dwayne B. Burns, J.D.