UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MICHAEL B. MUKASEY, Attorney General; et al.,<br><br>        Defendants - Appellees. | No. 10-15470<br><br>D.C. No. 2:09-cv-00497-MCE-CMK<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered April 14, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk